# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT OPINION.

## SECOND DEPARTMENT, MAY, 1912.

JOHN KLEIN, as Trustee in Bankruptcy, etc., Respondent, v. SAMUEL GALLIN and Others, Defendants, Impleaded with LOUIS GROSSMAN and HARRY GOLDFISCH, Appellants.

Appeal by the defendants, Louis Grossman and another, from a judgment of the Special Term in favor of the plaintiff, entered in the office of the clerk of the county of Kings on the 8th day of May, 1911.

PER CURIAM: The 19th, 20th, 21st, 22d and 23d findings of fact are not only against the weight of evidence but are without any evidence to sustain them, and likewise are the 13th and 14th findings of fact. The 9th, 10th, 11th and 12th findings of fact are not supported sufficiently by the evidence. This situation requires a reversal of this judgment and a new trial, costs to abide the event. Inasmuch as a prior similar judgment in this action was likewise reversed by this court (136 App. Div. 382), this court now takes occasion to state that it must not be understood in any way as being of opinion that there may not be a recovery of judgment by the plaintiff in this action on a new trial, on sufficient proofs and a consistent determination of the facts presented by the proofs. That question is left entirely open. The judgment is reversed upon the law and facts, and a new trial is granted, costs to abide the final award of costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred. Judgment reversed and new trial granted, costs to abide the final award of costs.

---

Admiral Realty Company, Plaintiff, v. The City of New York and Others, Defendants.—Hearing set down for Tuesday, May 14, 1912, at one P. M. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

John J. Hopper, Plaintiff, v. William R. Willcox and Others, Defendants.—Hearing set down for Tuesday, May 14, 1912, at one P. M. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

John R. Ryon, Plaintiff, v. William R. Willcox and Others, Defendants. — Hearing set down for Tuesday, May 14, 1912, at one P. M. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Edward Caldwell, as Sole Surviving Executor, etc., of Harry Hudson Baker, Deceased, Plaintiff, v. Frank C. Baker, Defendant.— We think that section 1001 of the Code of Civil Procedure contemplates a hearing upon a case and exceptions, settled and signed by the judge or by the